# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| DAVID MUSIKA | * | |
| | * | |
| v. | * | Civil No. – JFM-15-2636 |
| | * | |
| 19301 WATKINS MILL ROAD | * | |

## MEMORANDUM

Plaintiff has brought this action alleging various violations of the law that defendant allegedly committed while plaintiff was employed by defendant. Defendant has filed a partial motion to dismiss counts II and IV of the amended complaint. The motion will be granted.

Plaintiff's second count is for civil conspiracy. It is well-established under Maryland law that the intra-corporate doctrine provides that "acts of corporate agents are attributed to the corporation itself, thereby negating the multiplicity of actors necessary for the formation of a conspiracy." *Baltimore-Washington Tel. Co. v. Hot Leads Co., LLC*, 584 F. Supp. 2d 736, 744 (D. Md. 2008). The Fourth Circuit has opined that the exception to the corporate conspiracy direction which applies where employees have an independent legal stake in the conspiracy applies only where the alleged co-conspirator "possesses a personal stake independent of his relationship to the corporation." Any alleged actions of the individual defendants arose in connection with their employment by defendant.

1

Count IV fails because the Maryland Whistleblower Act provides a remedy for violation of the public policy upon which plaintiff relies. Plaintiff has brought an action under the Whistleblower Act.[1]

A separate order effecting the rulings made in this memorandum is being entered herewith.

Date: 2/8/16

J. Frederick Motz
United States District Judge

---

[1] To the extent that plaintiff has asserted an abuse of discharge claim under Title VII, the claim fails because Title VII provides its own statutory remedy for alleged retaliatory discharges.